177 A.3d 114

MARK AND KATHERINE SMITH, PLAINTIFFS–PETITIONERS, v. SOUTH BRUNSWICK TOWNSHIP, PUBLIC SERVICE ELECTRIC & GAS COMPANY, AND TRUSTEES OF PRINCETON UNIVERSITY, DEFENDANTS–RESPONDENTS. MARK AND KATHERINE SMITH, PLAINTIFFS–PETITIONERS, v. SOUTH BRUNSWICK PLANNING BOARD, PUBLIC SERVICE ELECTRIC & GAS COMPANY, DEFENDANTS–RESPONDENTS.

C–302 September Term 2017
079563

December 8, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1218/3014–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.